THE KANSAS CITY, LAWRENCE & SOUTHWESTERN RAIL-
WAY COMPANY v. OLEY RICHOLSON.

AT the June Term, 1883, of the district court of Elk
county, plaintiff *Richolson* obtained a certain judgment against
the defendant *Railway Company*, which brings it here for
review.

*W. P. Hackney*, for plaintiff in error.
*F. A. Stoddard*, for defendant in error.

*Per Curiam:* The defendant in error (plaintiff below) filed
an aménded bill of particulars in the district court, in the
absence of the railway company and without notice to it, and
the railway company made no appearance upon the trial.
Under the amended petition, the court increased the claim
of the attorney's fees from fifteen dollars to thirty, and ren-
dered judgment accordingly. Within the following cases,
the judgment must be reversed, and the cause remanded for
further proceedings: *L. L. & G. Rld. Co. v. Van Riper*, 19
Kas. 317; *St. L. & S. F. Rly. Co. v. McReynolds*, 24 id. 368;
*Same v. Ellis*, 25 id. 108; *A. T. & S. F. Rld. Co. v. Combs*,
25 id. 729.